# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2020

161584

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* S. L. KORDUPEL, Minor.

SC: 161584
COA: 350559
Livingston CC Family Division:
   19-015924-NA

_____/

On order of the Court, the application for leave to appeal the May 28, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2020

Clerk

b0922